

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  BONNIE SUDDERTH

JUSTICES
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  ELIZABETH KERR
  MARK T. PITTMAN
  J. WADE BIRDWELL

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

December 13, 2017

Barry J. Alford
1319 Ballinger St.
Fort Worth, TX 76102
* DELIVERED VIA E-MAIL *

Debra A. Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76196-0201
* DELIVERED VIA E-MAIL *

RE:  Court of Appeals Number:  02-17-00148-CR, 02-17-00149-CR
     Trial Court Case Number:  1451483D, 1451837D

Style:  Gary Deon Elbeyallen a/k/a Gary Deon Allen
        v.
        The State of Texas

The reporter's record has been filed under the date of Tuesday, December 12, 2017 in the above referenced cause.

The appellant's brief is due **Thursday, January 11, 2018**.  *See* Tex. R. App. P. 38.6.  You will be notified when the case is set for submission.

A party desiring oral argument must note that request on the outside cover of the party's brief.  *See* Tex. R. App. P. 39.7.  **If no oral argument is requested by either party, the case may be submitted on the briefs**.

**PLEASE BE ADVISED THAT THIS COURT HAS ADOPTED THE STANDARDS FOR APPELLATE CONDUCT, WHICH WERE ADOPTED AND PROMULGATED BY THE SUPREME COURT OF TEXAS AND THE TEXAS COURT OF CRIMINAL APPEALS ON FEBRUARY 1, 1999 BY MISCELLANEOUS DOCKET ORDER NO. 99-9012.**  Copies of the standards are available from this office and appear on the court's website at www.txcourts.gov/2ndcoa.  **Parties appearing before this court are expected to adhere to these standards and non-compliance will be addressed by the court accordingly.**

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By:  Bonnie Alexander, Deputy Clerk